UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KRISTIN COBBS, LYNNE KAWAMINAMI, and LORETTA SCHWEINSBURG, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiffs,*<br><br>vs.<br><br>PETMED EXPRESS, INC.,<br><br>　　*Defendant.* | Case No. 9:25-cv-80458-AMC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant PetMed Express Inc. ("PetMeds") hereby advises the Court of additional authority in connection with PetMeds' Motion to Dismiss [ECF No. 23]:

- *Doe v. Eating Recovery Center LLC*, 2025 WL 2971090, *5-6 (N.D. Cal. Oct. 17, 2025) (dismissing ECPA and CIPA claims because information is not "intercepted" "in transit"). *See* Motion, at 6-7, 11-12.

- *Wright v. TrueCare Prop. Holdings, LLC*, 2025 WL 3248749, at *3 (S.D. Cal. Nov. 21, 2025) (dismissing ECPA and CIPA claims where tracking of Plaintiff's website visits was "mere record information" and Plaintiff's "allegation that her Facebook ID was associated with her visits [was] mere identifying information"). *See* Motion, at 9-10.

PetMeds further advises of developments in *Smith I* and *Smith II* [Case No. 3:24-cv-06709] cited in Plaintiffs' Opposition [ECF No. 34].[1] The FAC addressed in *Smith I* and the SAC addressed in *Smith II* have been superseded by a Third Amended Complaint, amending the CIPA claims addressed in *Smith I*. Defendant has moved to dismiss, providing the court with a renewed opportunity to address the ECPA claim addressed in *Smith II*, the CDAFA claim, and the new CIPA claims. The *Smith* motion to dismiss is set for hearing tomorrow.

---

[1] Plaintiff counsel represents the *Smith* Plaintiffs.

4910-3684-8007

2

|  |  |
|---|---|
| Dated:  January 12, 2026 | Respectfully submitted,<br><br>SHOOK, HARDY & BACON L.L.P.<br><br>*/s/ Jennifer A. McLoone*<br>Jennifer A. McLoone (FBN 029234)<br>E-Mail: jmcloone@shb.com<br>Melissa N. Madsen (FBN 65416)<br>E-Mail: mmadsen@shb.com<br>Citigroup Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 358-5171<br>Fax: (305) 358-7470<br><br>Ara K. Ayvazian (FBN 1004407)<br>E-Mail: aayvazian@shb.com<br>100 N. Tampa St., Suite 2900<br>Tampa, Florida 33602<br>Tel: 813.202.7100<br><br>***Counsel for Defendant PetMed Express, Inc.*** |