UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80458-CIV-CANNON/Reinhart

**KRISTIN COBBS, LYNNE KAWAMINAMI,** and **LORETTA SCHWEINSBURG**,
*individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

**PETMED EXPRESS, INC.**,

    Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.8, Plaintiffs respectfully submit the following Notice of Supplemental Authority. The first decision, *Berger v. State of New York*, 388 U.S. 41, 46 (1967), pertains to Article III standing and recognizes that "[e]avesdropping is an ancient practice which at common law was condemned as a nuisance." *Id.*[1] The second decision, *Gilligan v. Experian Data Corp.*, 2026 WL 32259, at *3 (N.D. Cal. Jan. 6, 2026), addresses the "consent" and "in transit" requirements under CIPA and the "crime-tort exception" under the Wiretap Act. The third decision, *Casillas v. Six Flags Entertainment Corp.*, --- F. Supp. ----, 2025 WL 3684543, at *10 (C.D. Cal. Dec. 15, 2025), addresses Article III standing, the "in transit" requirement, and the "content" requirement.

---

[1] The Local Rules permit supplementing authority that "pre-date[s] the motion, memorandum, or oral argument." *See* S.D. Fla. L.R. 7-8.

1

Dated: January 12, 2026                    Respectfully submitted,

<u>/s/ *Christopher R. Reilly*</u>
    Christopher R. Reilly

MARCUS RASHBAUM PINEIRO & MEYERS LLP
Christopher R. Reilly, Esq.
Michael A. Pineiro, Esq.
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260
E-mail: creilly@mrpfirm.com
       mpineiro@mrpfirm.com