UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80458-CIV-CANNON/Reinhart

**KRISTIN COBBS, LYNNE KAWAMINAMI,** and **LORETTA SCHWEINSBURG**,
*individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

**PETMED EXPRESS, INC.**,

    Defendant.

_____/

## RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Rule 7.8, Plaintiffs respond to Defendant's notice of supplemental authority. With respect to *Wright v. TrueCare Property Holdings, LLC*, 2025 WL 3248749, at *3 (S.D. Cal. Nov. 21, 2025), Plaintiffs direct the Court to page 13 of their opposition brief, where they distinguish cases "standing for the uncontroversial proposition that personally identifiable information **that is automatically generated by the communication** … is not covered." MTD Opp. at 13 (emphasis added) (internal quotations omitted). With respect to *Doe v. Eating Recovery Center LLC*, 2025 WL 2971090 (N.D. Cal. Oct. 17, 2025), Plaintiffs note that this decision, which was resolved on summary judgment, analyzes an issue—what constitutes "reading" or "learning" a communication—that Defendant never raised and would lose on full briefing. Defendant ends by correctly noting that the *Smith* court will soon hold a hearing on the defendant's renewed—and ultimately futile—motion to dismiss. For more recent authority from the *Smith* court denying a similar motion to dismiss, Plaintiffs direct the Court to their notice of supplemental authority.

1

Dated: January 12, 2026    Respectfully submitted,

/s/ *Christopher R. Reilly*
    Christopher R. Reilly

MARCUS RASHBAUM PINEIRO & MEYERS LLP
Christopher R. Reilly, Esq.
Michael A. Pineiro, Esq.
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260
E-mail: creilly@mrpfirm.com
       mpineiro@mrpfirm.com