

MARCUS RASHBAUM
PINEIRO & MEYERS LLP

ONE BISCAYNE TOWER
2 S. BISCAYNE BLVD.
SUITE 2530
MIAMI, FLORIDA 33131

200 E. BROWARD BLVD.
SUITE 1900
FT. LAUDERDALE, FLORIDA 33303

May 1, 2026

**VIA HAND DELIVERY**
Honorable Judge Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

> **Re:** ***Cobbs v. PetMed Express, Inc.*, 9:25-cv-80458-AMC (S.D. Fla.):**
> **Joint Motion to Seal – Exhibits in Support of Motion for Class**
> **Certification**

Dear Judge Cannon:

Pursuant to ECF No. 93, please find enclosed a flash drive with the exhibits in support of Plaintiffs' motion for class certification that the parties seek to either redact or file under seal.

Respectfully submitted,

*/s/ Michael A. Pineiro*
Michael A. Pineiro
Christopher R. Reilly
mpineiro@mrpfirm.com
creilly@mrpfirm.com

