**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KRISTIN COBBS and LYNNE
KAWAMINAMI, individually and on
behalf of all others similarly situated,

      *Plaintiffs,*

vs.

PETMED EXPRESS, INC.,

      *Defendant.*

Case No. 9:25-cv-80458-AMC

**DEFENDANT PETMED EXPRESS, INC.'S NOTICE TO THE COURT REGARDING
PLAINTIFFS' IDENTIFICATION OF ADDITIONAL EXHIBITS IN SUPPORT OF
CLASS CERTIFICATION**

Defendant PetMed Express, Inc. ("PetMeds"), by and through undersigned counsel respectfully submits this Notice, in light of the parties Joint Motion to Seal [ECF No. 95] and this Court's April 30, 2026 Order Granting Defendant's Motion for Clarification [ECF No. 96], to advise the Court that the following documents identified in the parties' Joint Motion to Seal were not included with Plaintiffs' initial motion for class certification [ECF No. 87]:

| |
|---|
| KAWAMINAMI 000663 |
| PETMEDS-TWM-000162 |
| PETMEDS-TWM-000176 |
| PETMEDS-TWM-000514 |
| PETMEDS-TWM-000516 |
| PETMEDS-TWM-000521 |
| PETMEDS-TWM-001639-40 |
| PETMEDS-TWM-001672-85 |
| PETMEDS-TWM-001686 |
| PETMEDS-TWM-000165, PETMEDS-TWM-000167, PETMEDS-TWM-000174, PETMEDS-TWM-000177, PETMEDS-TWM-000178, PETMEDS-TWM-000179, PETMEDS-TWM-000183, |

| |
|---|
| PETMEDS-TWM-000309, PETMEDS-TWM-000312, PETMEDS-TWM-000314, PETMEDS-TWM-000318, PETMEDS-TWM-000507, PETMEDS-TWM-000508, PETMEDS-TWM-000510, PETMEDS-TWM-000511, PETMEDS-TWM-000512, PETMEDS-TWM-000517, PETMEDS-TWM-000518 |
| PETMEDS-TWM-005893 |
| PETMEDS-TWM-005894 |
| PETMEDS-TWM-005895 |
| PETMEDS-TWM-005896 |
| PETMEDS-TWM-000535-92 |
| PETMEDS-TWM-001432-33 |
| PETMEDS-TWM-001590-92 |
| PETMEDS-TWM-002121-22 |
| PETMEDS-TWM-005897 |

Dated: May 1, 2026

Respectfully submitted,

*/s/ Jennifer A. McLoone*
Jennifer A. McLoone (FL Bar No.: 029234)
E-Mail: *jmcloone@shb.com*
Melissa N. Madsen (FL Bar. No.: 65416)
E-mail: *mmadsen@shb.com*
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Blvd.
Miami, FL 33131
Tel: (305) 358-5171

-and-

Ara K. Ayvazian (FL Bar No.: 1004407)
E-Mail: *aayvazian@shb.com*
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa St., Suite 2900
Tampa, Florida 33602
Tel: (813) 202-7100

***Counsel for PetMed Express, Inc.***