**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KRISTIN COBBS and LYNNE KAWAMINAMI, individually and on behalf of all others similarly situated,

*Plaintiffs*,

vs.

PETMED EXPRESS, INC.,

*Defendant*.

Case No. 9:25-cv-80458-AMC

**PLAINTIFFS' UNOPPOSED MOTION TO CONVENTIONALLY FILE USB FLASH DRIVES CONTAINING EXHIBITS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Kristin Cobbs and Lynne Kawaminami (together, "Plaintiffs") respectfully submit this motion seeking leave of court to conventionally file USB flash drives containing certain exhibits to Plaintiffs' Motion for Class Certification, and states in support as follows:

1. On June 15, 2026, this Honorable Court granted in part and denied in part the Parties' Joint Motion to Seal Exhibits in Support of Plaintiffs' Motion for Class Certification. (ECF No. 102). Therein, the Court ordered Plaintiffs to file their Motion for Class Certification together with their corresponding exhibits to the docket. (*Id*. at 4).

2. Pursuant to the Court's Order, (ECF No. 102), Exhibits G, H, K, M, N, X are due to be filed under seal, while Exhibit L shall be filed on the public docket.

3. Southern District of Florida CM/ECF Administrative Procedure 4B requires a filing party to conventionally file any documents that cannot be scanned and filed electronically.

4. Exhibits G, H, K, L, M, N, X are unable to be scanned and uploaded to CM/ECF because they constitute native files, such as Microsoft Excel spreadsheets.

5. Accordingly, Plaintiffs respectfully request that the Court grant them leave to conventionally file two USB flash drives:

a. The first containing Exhibits G, H, K, M, N, X to their Motion for Class Certification in their native formats, to be maintained under seal.

b. The second containing Exhibit L to their Motion for Class Certification in their native formats, to be maintained on the public docket.

6. Undersigned counsel has conferred with counsel for PetMedExpress, Inc., who confirmed that Defendant does not oppose the relief sought herein.

Dated: June 22, 2026

Respectfully submitted,

MARCUS RASHBAUM PINEIRO & MEYERS LLP
By: /s/ ***Christopher R. Reilly***
Christopher R. Reilly, Esq.
Florida Bar No. 1025097
creilly@mrpfirm.com
Michael A. Pineiro, Esq.
Florida Bar No. 41897
mpineiro@mrpfirm.com
Jeffrey E. Marcus
Fla Bar No. 310890
jmarcus@mrpfirm.com

One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2026, undersigned electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. Undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ ***Christopher R. Reilly***
Christopher R. Reilly, Esq.